CO-386-online
10/03

# United States District Court
# For the District of Columbia

Chicago Mercantile Exchange Inc.  )
)
)
)
vs                    Plaintiff  )     Civil Action No. _____
)
United States Commodity Futures   )
Trading Commission                )
)
                      Defendant   )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  Chicago Mercantile Exchange Inc. ("CME")  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  CME  which have any outstanding securities in the hands of the public:

CME is a wholly owned subsidiary of CME Group Inc.  No publicly-held corporation owns 10% or more of CME Group Inc.  BM&F Bovespa S.A. is a corporation that own 5% or more of CME Group Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_/s/ Mark D. Young_
Signature

943126
BAR IDENTIFICATION NO.

Mark D. Young
Print Name

Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Ave., N.W.
Address

Washington, D.C.  20005
City       State       Zip Code

202-371-7000
Phone Number