UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Chicago Mercantile Exchange Inc.<br><br>Plaintiff<br><br>v.<br><br>United States Commodity Futures Trading Commission<br><br>Defendant | Case No.: 12-1820 (RLW) |

## AFFIDAVIT OF SERVICE

I, Ted Metzger, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, and Certificate Rule LCvR 7.1 in the above entitled case.

That I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

That on November 09, 2012 at 3:19 PM, I served The Honorable Eric Holder, Jr., Attorney General for the United States with the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, and Certificate Rule LCvR 7.1 at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Steffon Edmonds, Correspondence Clerk, authorized to accept.

Steffon Edmonds is described herein:
Gender: Male   Race/Skin: Black   Hair: Black   Age: 25   Height: 6'0"   Weight: 170

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

Executed on: 11/12/2012

Ted Metzger
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 12-083170                                                                                                              Client Reference: N/A