# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHICAGO MERCANTILE EXCHANGE INC., <br><br> Plaintiff, <br><br> - against - <br><br> UNITED STATES COMMODITY FUTURES TRADING COMMISSION, <br><br> Defendant. | Case No. 1:12-cv-1820 |
| DTCC DATA REPOSITORY (U.S.) LLC, <br><br> Proposed Intervenor. | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that Plaintiff Chicago Mercantile Exchange Inc. voluntarily dismisses this action without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant U.S. Commodity Futures Trading Commission has not served an answer or motion for summary judgment, and Proposed Intervenor DTCC Data Repository (U.S.) LLC's proposed answer is not yet deemed filed or served under Local Civil Rule 7(j).

Dated: November 29, 2012

Respectfully submitted,

/s/ Mark D. Young

Mark D. Young, D.C. Bar No. 943126
mark.d.young@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
(202) 371-7000

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2012, I electronically filed the foregoing Notice of Dismissal without Prejudice using the CM/ECF system, and will serve copies via electronic mail to all parties and counsel of record.

_____
Mark D. Young